HARRY SMITH, APPELLANT, v. INHABITANTS OF THE
CITY OF TRENTON, RESPONDENT.

Submitted June 17, 1914—Decided July 10, 1914.

On appeal from the Supreme Court, in which court the
following *per curiam* was filed:

"The ordinance brought up for review was enacted pursuant to the powers conferred upon the city of Trenton by
*Pamph. L.* 1910, *p.* 140, and by *Pamph. L.* 1904, *p.* 283.

"The sole objection to the ordinance has been disposed of
in an opinion this day filed in *Delaware River Transportation
Co.* v. *Inhabitants of the City of Trenton,* 90 *Atl. Rep.* 731.

"The ordinance will be affirmed, with costs."

For the appellant, *William E. Blackman.*

For the respondent, *Charles E. Bird.*

PER CURIAM.

The judgment under review herein should be affirmed, for
the reasons expressed in the opinion delivered by Mr. Justice
Trenchard in the Supreme Court.

*For affirmance*—THE CHANCELLOR, CHIEF JUSTICE, GARRISON, SWAYZE, PARKER, BERGEN, KALISCH, BOGERT, VREDENBURGH, WHITE, HEPPENHEIMER, WILLIAMS, JJ. 12.

*For reversal*—MINTURN, BLACK, JJ. 2.